STATE, Respondent, v. AGNES ZACHTE, Appellant

(12 N. W.2d 373.)

(File No. 8648. Opinion filed December 28, 1943.)

**Louis H. Smith,** of Sioux Falls, for Appellant.

**George T. Mickelson,** Atty. Gen., and **Ray F. Drewry,** Asst. Atty. Gen., for Respondent.

PER CURIAM. The appeal herein is dismissed for reasons stated in the companion case of State v. Zachte, 69 S. D. 519, 12 N. W.2d 372, decided herewith.

All the Judges concur.